**Order filed May 13, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00205-CV
_____

## IN RE K.P., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-22874**

## ORDER

On April 20, 2021, relator K.P. filed a petition for writ of mandamus asking this court to compel the Honorable Sandra Peake, presiding judge of the 257th District Court in Harris County, Texas, to set aside her April 19, 2021 orders for application of Indian passports for the children.

Relator's appendix and supplemental appendix include documents, which contain unredacted sensitive information such as the names and birthdates of the minor children. *See* Tex. R. App. P. 9.9(a)(3). Parties are required to redact all sensitive information in documents filed in this court unless the inclusion of the sensitive data is specifically required by a statute, court rule, or administrative regulation. *Id.* 9.9(b). There is no statute, court rule, or administrative regulation requiring the inclusion of sensitive data.

Accordingly, we **ORDER** relator to redact all sensitive information from her appendix and supplement appendix and refile them in this court **on or before May 17, 2021**.  Failure to comply with this order will result in the denial of relator's petition.

We further request that real party in interest file a response to the petition on or before June 1, 2021.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.